**No. 11-85. Amy, the Victim in the Misty Child Pornography Series, Petitioner v. Michael M. Monzel, et al.**

565 U.S. 1072, 132 S. Ct. 756, 181 L. Ed. 2d 508, 2011 U.S. LEXIS 8458.

November 28, 2011. Motion of respondent Michael M. Monzel for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 395 U.S. App. D.C. 162, 641 F.3d 528.

**No. 10-10800. Kenderick Begay, aka Kendrick Begay, Petitioner v. United States.**

565 U.S. 1072, 132 S. Ct. 754, 181 L. Ed. 2d 508, 2011 U.S. LEXIS 8421.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 673 F.3d 1038.

**No. 11-238. State Farm Mutual Automobile Insurance Company, Petitioner v. Thomas A. Bedell, Chief Judge, Circuit Court of West Virginia, Harrison County, et al.**

565 U.S. 1072, 132 S. Ct. 761, 181 L. Ed. 2d 508, 2011 U.S. LEXIS 8373.

November 28, 2011. Motion of National Insurance Crime Bureau, et al. for leave to file a brief as amici curiae granted. Motion of Michael D. Riley, West Virginia Insurance Commissioner for leave to file a brief as amicus curiae granted. Motion of West Virginia Mutual Insurance Company for leave to file a brief as amicus curiae granted. Motion of DRI-The Voice of the Defense Bar for leave to file a brief as amicus curiae granted. Motion of National Association of Mutual Insurance Companies, et al. for leave to file a brief as amici curiae granted. Motion of American Tort Reform Association for leave to file a brief as amicus curiae granted. Motion of Washington Legal Foundation, et al. for leave to file a brief as amici curiae granted. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied.

Same case below, 228 W. Va. 252, 719 S.E.2d 722.

**No. 11-412. City of Moundridge, Kansas, et al., Petitioners v. Exxon Mobil Corporation, et al.**

565 U.S. 1073, 132 S. Ct. 777, 181 L. Ed. 2d 508, 2011 U.S. LEXIS 8404.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied. Justice Alito took no part in the consideration or decision of this petition.

Same case below, 409 Fed. Appx. 362.

**No. 11-487. Allen Gottlieb, Petitioner v. Securities and Exchange Commission.**

565 U.S. 1073, 132 S. Ct. 784, 181 L. Ed. 2d 508, 2011 U.S. LEXIS 8390.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor and Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 420 Fed. Appx. 59.